United States District Court
Southern District of Texas
**ENTERED**
July 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA MATEO, Individually and On Behalf of All Similarly Situated Persons,<br>        Plaintiff,<br><br>V.<br><br>TAQUERIA HECHO EN MEXICO, INC. and JUAN PADILLA,<br>        Defendants. | § § § § § § § § § § § | <br><br><br><br><br>CIVIL ACTION NO. 4:17-cv-2003<br><br><br><br>JURY DEMANDED |

## ORDER ON NOTICE OF DISMISSAL

The Court acknowledges the receipt of Plaintiff's Notice of Dismissal of this matter and thus ORDERS that this case is hereby dismissed without prejudice to re-filing.

Signed 7-31-17.

_____
The Honorable Gray H. Miller,
United States District Judge